## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

REGINALD HINES, JR., ABIGAIL LOIS
TURNER, and SELINA MARIE DOUGLAS,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

18-cv-718-wmc

v.

KARI HOFFMAN,

Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

/s/                                                               11/05/2018

Peter Oppeneer, Clerk of Court                    Date